UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL BARHAM, et. al.          :
                                 :
         Plaintiffs,             :
                                 :
vs.                              :
                                 :   Case:  1:07-cv-00853
UBS FINANCIAL SERVICES, INC.,    :
                                 :
         Defendant.              :

## PROOF OF SERVICE OF PROCESS

THE UNDERSIGNED attorney hereby certifies,

A Summons dated May 8, 2007, the Complaint and Jury Demand to UBS Financial Services, Inc. were served on Jeffrey G. Huvelle, Esq., Covington & Burling, LLP, 1201 Pennsylvania Avenue, NW, Washington, DC 20004, by Federal Express and were received on May 15, 2007, as evidenced by the proof of delivery attached hereto as Exhibit 1. Mr. Huvelle is counsel for Defendant and has agreed to accept service on its behalf.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By: _____
Steven P. Pavsner Bar #912220
Brian J. Markovitz Bar #481517
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Tel:  (301) 220 2200
Fax:  (301) 220 1214
Attorneys for Plaintiff

Date: 5/23/07

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

# EXHIBIT 1



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

May 22, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **860060058237**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | May 15, 2007 09:10 |
| Signed for by: | J.MILLER | | |
| Service type: | Priority Envelope | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 860060058237 | Ship date: | May 14, 2007 |

Recipient:
WASHINGTON, DC US

Shipper:
GREENBELT, MD US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

Track Shipments
## Detailed Results

 **Quick Help**

| | | | |
|---|---|---|---|
| **Tracking number** | 860060058237 | **Delivered to** | Mailroom |
| **Signed for by** | J.MILLER | **Service type** | Priority Envelope |
| **Ship date** | May 14, 2007 | | |
| **Delivery date** | May 15, 2007 9:10 AM | | |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 15, 2007 | 9:10 AM | Delivered | | |
| | 8:29 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 8:05 AM | At local FedEx facility | WASHINGTON, DC | |
| | 2:35 AM | At dest sort facility | DULLES, VA | |
| May 14, 2007 | 10:07 PM | Left origin | BELTSVILLE, MD | |
| | 7:00 PM | Picked up | BELTSVILLE, MD | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments ]

**Subscribe to tracking updates (optional)**

Your Name: _____    Your E-mail Address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☑ |
| | English | ☐ | ☑ |
| | English | ☐ | ☑ |
| | English | ☐ | ☑ |

Select format: ⦿ HTML   ○ Text   ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]