UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL BARHAM, JOHN CRAWFORD,
FREDDIE MOULTRIE, MONICA SMITH,
MARK SPRADLEY, PAUL WATKINS, and
SEAN WINTZ

        Plaintiffs,

v.

UBS FINANCIAL SERVICES INC.,

        Defendant.

Civil No. 07-CV-00853-RMU

## Rule 7.1 Corporate Disclosure Statement

I, the undersigned, counsel of record for defendant UBS Financial Services Inc. ("UBSFS"), certify pursuant to Federal Rule of Civil Procedure 7.1 that UBSFS (a non-governmental corporate party) is wholly owned by UBS Americas Inc., which is wholly owned by UBS AG, a publicly held corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully Submitted,

/s/ Jeffrey G. Huvelle

| Of Counsel: | Eric H. Holder, Jr. (303115) |
| --- | --- |
| | Jeffrey G. Huvelle (227769) |
| Claudia Cohen, Esq. | Thomas S. Williamson, Jr. (217729) |
| Executive Director and Senior Associate General Counsel | Covington & Burling LLP |
| UBS Financial Services Inc. | 1201 Pennsylvania Avenue, N.W. |
| 1200 Harbor Boulevard | Washington, D.C. 20004-2401 |
| Weehawken, New Jersey 07086-6791 | (202) 662-6000 |
| | *Attorneys for Defendant* |
| Dated: June 7, 2007 |   *UBS Financial Services Inc.* |