UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, FREDDIE MOULTRIE, MONICA SMITH, MARK SPRADLEY, PAUL WATKINS, and SEAN WINTZ<br><br>Plaintiffs,<br><br>v.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>Defendant. | Civil No. 07-CV-00853-RMU |

## STIPULATION REGARDING ENLARGEMENT OF TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the parties that the time for Defendant to answer or move with respect to Plaintiffs' Complaint is extended, and that such answer or motion is now due on or before June 29, 2007.

/s/ (by permission)
Stephen A. Whinston
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Attorneys for Plaintiffs

Dated: June 8, 2007

/s/
Jeffrey G. Huvelle (227769)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004-2401
(202) 662-6000

Attorneys For Defendant
UBS Financial Services Inc.