UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD,<br>FREDDIE MOULTRIE, MONICA SMITH,<br>MARK SPRADLEY, PAUL WATKINS, and<br>SEAN WINTZ<br>　　　　　　Plaintiffs<br><br>　　　　　v.<br><br>UBS FINANCIAL SERVICES, INC.<br><br>　　　　　　Defendant | Civil No. 07-CV-00853-RMU<br><br>(ECF) |

## MOTION TO ADMIT CO-COUNSEL PRO HAC VICE

Pursuant to Local Rule 44.1(d) of the U.S. District Court for the District of Columbia, I, Brian Markovitz, Esq., certify that I am a member in good standing of the bar of this Court. My bar # is 481517. I hereby move for the admission *pro hac vice* of Selim Ablo, Esq., for practice before this Court as a co-counsel on behalf of Plaintiffs Michael Barham, John Crawford, Freddie Moultrie, Monica Smith, Paul Watkins, and Sean Wintz. I will serve as co-counsel in these proceedings.

Attached hereto is a declaration from Ms. Ablo setting forth the information required under Local Rule 44.1(d).

RESPECTFULLY SUBMITTED:

Dated: June 13, 2007

　　　　　　　　　　　　　　　　　　　　/s/ B. Markovitz
　　　　　　　　　　　　　　　　　　　　JOSEPH, GREENWALD & LAAKE, P.A.
　　　　　　　　　　　　　　　　　　　　Brian Markovitz, Bar #481517
　　　　　　　　　　　　　　　　　　　　6404 Ivy Lane, Suite 400
　　　　　　　　　　　　　　　　　　　　Greenbelt, MD 20770
　　　　　　　　　　　　　　　　　　　　Tel:　(301) 220-2200
　　　　　　　　　　　　　　　　　　　　Fax:　(301) 220-1214

**Joseph**
**Greenwald**
**& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

Motion for Admission Pro hac vice (2)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, ) <br> FREDDIE MOULTRIE, MONICA SMITH, ) <br> MARK SPRADLEY, PAUL WATKINS, and ) <br> SEAN WINTZ ) <br>        Plaintiffs ) <br> ) <br>        v. ) <br> ) <br> UBS FINANCIAL SERVICES, INC. ) <br> ) <br>        Defendant ) | Civil No. 07-CV-00853-RMU <br><br> (ECF) |

### Certificate of Service

I, Brian Markovitz, hereby certify that on the date below a copy of the foregoing Motion to Admit Co-Counsel, *pro hac vice*, was sent via first class mail to the following parties:

                       Jeffrey G. Huvelle, Esquire
                       COVINGTON & BURLING
                       1201 Pennsylvania Avenue, NW
                       Washington, DC 20004-2494

Dated: June 13, 2007

                                               _____
                                               JOSEPH, GREENWALD & LAAKE, P.A.
                                               Brian Markovitz, Bar #481517
                                               6404 Ivy Lane, Suite 400
                                               Greenbelt, MD 20770
                                               Tel:  (301) 220-2200
                                               Fax:  (301) 220-1214

Motion for Admission Pro hac vice (2)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, ) <br> FREDDIE MOULTRIE, MONICA SMITH, ) <br> MARK SPRADLEY, PAUL WATKINS, and ) <br> SEAN WINTZ ) <br>      Plaintiffs ) <br> ) <br>     v. ) <br> ) <br> UBS FINANCIAL SERVICES, INC. ) <br> ) <br>     Defendant ) <br> ) | Civil No. 07-CV-00853-RMU <br><br> (ECF) |

## DECLARATION OF SELIM ABLO

I, Selim Ablo, pursuant to Local Rule 44.1(d) hereby declare as follows:

1. Full name: Selim Ablo.

2. Office address and telephone number:

  Berger & Montague, P.C.
  1622 Locust Street
  Philadelphia, PA 19103
  (215-875-3075)

3. List of all bars to which admitted: New York State Bar, November 26, 2002.

4. I certify that I have not been disciplined by any bar.

5. Number of times admitted *pro hac vice* in this Court within the last two years: Zero.

6. I am not engaged in the practice of law from an office located in the District of Columbia.

Ablo Declaration

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June 2007.

/s/
Selim Ablo

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

Ablo Declaration

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, )<br>FREDDIE MOULTRIE, MONICA SMITH, )<br>MARK SPRADLEY, PAUL WATKINS, and )<br>SEAN WINTZ )<br>                Plaintiffs  )<br>)<br>v.  )<br>)<br>UBS FINANCIAL SERVICES, INC.  )<br>)<br>                Defendant  ) | Civil No. 07-CV-00853-RMU<br><br>(ECF) |

## **O R D E R**

The Court, having considered counsel's motion to admit Selim Ablo, Esq., *pro hac vice*, as co-counsel on behalf of Plaintiffs, Michael Barham, John Crawford, Freddie Moultrie, Monica Smith, Paul Watkins, and Sean Wintz, in this case, it is hereby

ORDERED that Ms. Ablo is admitted *pro hac vice* on behalf of the above-referenced Plaintiffs.

Dated: _____     _____
                                                                      Ricardo M. Urbina
                                                                      United States District Judge

**Joseph
Greenwald
& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

Proposed Order