UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, FREDDIE MOULTRIE, MONICA SMITH, MARK SPRADLEY, PAUL WATKINS, and SEAN WINTZ<br><br>Plaintiffs<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC.<br><br>Defendant | Civil No. 07-CV-00853-RMU<br><br>(ECF) |

## MOTION TO ADMIT CO-COUNSEL PRO HAC VICE

Pursuant to Local Rule 44.1(d) of the U.S. District Court for the District of Columbia, I, Brian Markovitz, Esq., certify that I am a member in good standing of the bar of this Court. My bar # is 481517. I hereby move for the admission *pro hac vice* of Stephen A. Whinston, Esq., for practice before this Court as a co-counsel on behalf of Plaintiffs Michael Barham, John Crawford, Freddie Moultrie, Monica Smith, Paul Watkins, and Sean Wintz. I will serve as co-counsel in these proceedings.

Attached hereto is a declaration from Mr. Whinston setting forth the information required under Local Rule 44.1(d).

Dated: June 19, 2007

RESPECTFULLY SUBMITTED:

JOSEPH, GREENWALD & LAAKE, P.A.
Brian Markovitz, Bar #481517
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Tel:   (301) 220-2200
Fax:  (301) 220-1214

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

Largo - Motion for Admission Pro hac vice-SAW (2)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, FREDDIE MOULTRIE, MONICA SMITH, MARK SPRADLEY, PAUL WATKINS, and SEAN WINTZ<br><br>Plaintiffs<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC.<br><br>Defendant | Civil No. 07-CV-00853-RMU<br><br>(ECF) |

### Certificate of Service

I, Brian Markovitz, hereby certify that on the date below a copy of the foregoing Motion to Admit Co-Counsel, *pro hac vice*, was sent via first class mail to the following parties:

Jeffrey G. Huvelle, Esquire
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2494

Dated: June 19, 2007

JOSEPH, GREENWALD & LAAKE, P.A.
Brian Markovitz, Bar #481517
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Tel:   (301) 220-2200
Fax:   (301) 220-1214

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

301) 220-2200 • Fax 220-1214

Largo - Motion for Admission Pro hac vice-SAW (2)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, FREDDIE MOULTRIE, MONICA SMITH, MARK SPRADLEY, PAUL WATKINS, and SEAN WINTZ<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>UBS FINANCIAL SERVICES, INC.<br><br>　　　　　Defendant | Civil No. 07-CV-00853-RMU<br><br>(ECF) |

### DECLARATION OF STEPHEN A. WHINSTON

I, Stephen A. Whinston, pursuant to Local Rule 44.1(d) hereby declare as follows:

1.　　Full name: Stephen A. Whinston

　　　Office address and telephone number:

　　　Berger & Montague, P.C.
　　　1622 Locust Street
　　　Philadelphia, PA 19103
　　　(215-875-3087)

2.　　List of all bars to which admitted: Commonwealth of Pennsylvania, Eastern District of Pennsylvania, Second Circuit Court of Appeals, Third Circuit Court of Appeals, Eighth Circuit Court of Appeals and United States Supreme Court.

3.　　I certify that I have not been disciplined by any bar.

4.　　Number of times admitted *pro hac vice* in this Court within the last two years: zero.

5.　　I am not engaged in the practice of law from an office located in the District of Columbia.

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane ● Suite 400
Greenbelt, Maryland 20770

301) 220-2200 ● Fax 220-1214

Largo - SAW Declaration re pro hac vice (2)

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of June 2007.

/s/ _____

Stephen A. Whinston

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
5404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

301) 220-2200 • Fax 220-1214

Largo - SAW Declaration re pro hac vice (2)