UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, FREDDIE MOULTRIE, MONICA SMITH, MARK SPRADLEY, PAUL WATKINS, and SEAN WINTZ | ) ) ) ) | Civil No. 07-CV-00853-RMU |
| Plaintiffs | ) | (ECF) |
| v. | ) ) ) | |
| UBS FINANCIAL SERVICES, INC. | ) ) | |
| Defendant | ) ) | |

## MOTION TO ADMIT CO-COUNSEL PRO HAC VICE

Pursuant to Local Rule 44.1(d) of the U.S. District Court for the District of Columbia, I, Brian Markovitz, Esq., certify that I am a member in good standing of the bar of this Court. My bar # is 481517. I hereby move for the admission *pro hac vice* of Selim Ablo, Esq., for practice before this Court as a co-counsel on behalf of Plaintiffs Michael Barham, John Crawford, Freddie Moultrie, Monica Smith, Paul Watkins, and Sean Wintz. I will serve as co-counsel in these proceedings.

Attached hereto is a declaration from Ms. Ablo setting forth the information required under Local Rule 44.1(d).

RESPECTFULLY SUBMITTED:

Dated: June   13, 2007

JOSEPH, GREENWALD & LAAKE, P.A.
Brian Markovitz, Bar #481517
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Tel:    (301) 220-2200
Fax:    (301) 220-1214

Motion for Admission Pro hac vice (2)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, FREDDIE MOULTRIE, MONICA SMITH, MARK SPRADLEY, PAUL WATKINS, and SEAN WINTZ<br><br>                    Plaintiffs<br><br>           v.<br><br>UBS FINANCIAL SERVICES, INC.<br><br>            Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil No. 07-CV-00853-RMU<br><br>)    (ECF) |

## Certificate of Service

I, Brian Markovitz, hereby certify that on the date below a copy of the foregoing Motion to Admit Co-Counsel, *pro hac vice*, was sent via first class mail to the following parties:

Jeffrey G. Huvelle, Esquire
COVINGTON & BURLING
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2494

Dated: June   13, 2007

JOSEPH, GREENWALD & LAAKE, P.A.
Brian Markovitz, Bar #481517
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Tel:    (301) 220-2200
Fax:    (301) 220-1214

**Joseph**
**Greenwald**
**& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane  •  Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

Motion for Admission Pro hac vice (2)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, FREDDIE MOULTRIE, MONICA SMITH, MARK SPRADLEY, PAUL WATKINS, and SEAN WINTZ | ) ) ) ) | Civil No. 07-CV-00853-RMU |
| Plaintiffs | ) ) | (ECF) |
| v. | ) ) | |
| UBS FINANCIAL SERVICES, INC. | ) ) | |
| Defendant | ) ) | |

## DECLARATION OF ANDREW AUBERTINE

I, Andrew Aubertine, pursuant to Local Rule 44.1(d) hereby declare as follows:

1.      Full name: Andrew Edward Aubertine.

2.      Office address and telephone number:

Aubertine Law Firm
1211 SW Sixth Avenue
Portland, Oregon 97204
(503) 221-4570

3.      I have been admitted to and am a member in good standing of the following bars: Oregon State Bar.

4.      I certify that I have not been disciplined by any bar. Please see attachment regarding suspension for failure to pay dues.

5.      Number of times admitted *pro hac vice* in this Court within the last two years: Zero.

6.      I am not engaged in the practice of law from an office located in the District of Columbia.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of June 2007.

Andrew Aubertine
OSB #83013

**Explanation of Suspension**

My bar license was suspended in 1990 for a period of time due to failure to pay the Oregon State Bar dues. I was employed by the Oregon Department of Justice at the time. I paid the dues and my license was reinstated. This is the only suspension. There have been no complaints filed against me or disciplinary actions taken against me. I am currently a member in good standing with the Oregon State Bar, the District Court of Oregon, and the Ninth Circuit Court of Appeals.

Andrew Aubertine