UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, FREDDIE MOULTRIE, MONICA SMITH, MARK SPRADLEY, PAUL WATKINS, and SEAN WINTZ,<br><br>Plaintiffs,<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>Defendant. | Civil No. 07-CV-00853-RMU<br><br>(ECF) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MARK SPRADLEY

Berger & Montague, P.C., Joseph, Greenwald & Laake, P.A., and Garwin, Gerstein & Fisher, L.L.P. (collectively "Berger"), hereby move to withdraw as counsel of record for Plaintiff Mark Spradley. In support of this motion, Berger states as follows:

1. Berger is counsel of record for Plaintiff Mark Spradley in the above-referenced action.

2. Mr. Spradley and Berger have irreconcilable differences over the management and direction of the litigation. In addition, on more than one occasion, Mr. Spradley has refused to cooperate with Berger regarding the scheduling and taking of his deposition in Cook et al. v. UBS Financial Services, Inc., No. 8:06-cv-00803-PJM (D. Md.). Under these circumstances, Berger is unable to represent Mr. Spradley, and therefore moves to withdraw as his counsel of record in the above-entitled action.

3. On May 23, 2007, Berger advised Mr. Spradley in writing that it was withdrawing as his counsel. Mr. Spradley was advised to seek alternative counsel. Pursuant to the terms of the Retainer Agreement signed by Mr. Spradley, Berger's withdrawal would

**Joseph Greenwald & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

be effective thirty (30) days from the date of the withdrawal letter.

4. Mr. Spradley's last known address and telephone number are:

   2 Wisconsin Circle, #700
   Chevy Chase, MD 20815
   (301) 346-5590.

5. Pursuant to Local Rule 83.6(c), attached hereto is a copy of a Certificate of Service and Notice advising Mr. Spradley to obtain other counsel.

|  |  |
|---|---|
| Dated:   June 26, 2007 | Respectfully Submitted |

/s/  Steven M. Pavsner_____
JOSEPH, GREENWALD & LAAKE, P.A.
Steven M. Pavsner
Brian J. Markovitz
6404 Ivy Lane, Suite 400
Greenbelt, Maryland  20770
Tel: (301) 220-2200
Fax: (301) 220-1214

BERGER & MONTAGUE, P.C.
Stephen M. Pavsner
Keino R. Robinson
Shanon J. Carson
Selim Ablo
Jonathan Stanwood
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604

GARWIN, GERSTEIN & FISHER, L.L.P.
Bruce E. Gerstein
Brett Cebulash
Archana Tamoshunas
Andy Aubertine (contract)
1501 Broadway, Suite 1416
New York, NY 10036
Tel: 212-398-0055
Fax: 212-764-6620

**Attorneys for Plaintiffs**

**Joseph
Greenwald
& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of June, 2007, a true and correct copy of: (1) the foregoing Motion to Withdraw as Counsel of Record for Mark Spradley, and (2) Notice to Obtain Other Counsel, were electronically filed, and served on Mr. Spradley and opposing counsel of record by U.S. Mail.

/s/ Steven M. Pavsner

1622 LOCUST STREET I PHILADELPHIA, PA 19103-6305 I phone 215/875-3000 I fax 215/875-4604 I www.bergermontague.com

# Berger & Montague, P.C.
### ATTORNEYS AT LAW

STEPHEN A. WHINSTON

| WRITER'S DIRECT DIAL | 215/875-3097 |
| WRITER'S DIRECT FAX | 215/875-3053 |
| WRITER'S DIRECT E-MAIL | swhinston@bm.net |

June 26, 2007

**VIA FIRST CLASS MAIL**

Mr. Mark Spradley
2 Wisconsin Circle #700
Chevy Chase, MD 20815

Re:   **NOTICE TO OBTAIN OTHER COUNSEL**
         Barham et al. v. UBS Financial Services, Inc., Civil No. 07-CV-00853-RMU

Dear Mr. Spradley:

Pursuant to our letters of May 23 and June 18, 2007, you are hereby reminded to obtain other counsel to represent you in the above-referenced action. Berger & Montague, P.C., Joseph, Greenwald & Laake, P.A., and Garwin, Gerstein & Fisher, L.L.P. (collectively "Berger"), has terminated its attorney-client relationship with you. Accordingly, Berger has filed a motion with the U.S. District Court for the District of Columbia, seeking to withdraw as your counsel of record in this case.

Sincerely,

/s/ Stephen A. Whinston

Stephen A. Whinston

SAW/tc