UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BARHAM, JOHN CRAWFORD,
FREDDIE MOULTRIE, MONICA SMITH,
MARK SPRADLEY, PAUL WATKINS, and
SEAN WINTZ,

    Plaintiffs

v.

UBS FINANCIAL SERVICE, INC.,

    Defendant.

Civil No. 07-CV-00853-RMU

### PLAINTIFF MARK SPRADLEY OPPOSITION TO PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR MARK SPRADLEY

Plaintiff Mark M. Spradley, hereby responds in opposition to Plaintiffs' counsel's motion to withdraw as counsel of record for Mark M. Spradley.

Plaintiff Mark Spradley has not consented to Plaintiffs' counsel's withdrawal and Plaintiff Mark Spradley is not represented by other counsel. Plaintiffs' counsel should not be allowed to withdraw as counsel for Plaintiff Mark Spradley because such withdrawal would unduly delay trial of the case, would be unfairly prejudicial to Plaintiff Mark Spradley, and would not be in the interest of justice.

In connection with opposition to the above referenced motion, Mr. Spradley files herewith a Memorandum of Points and Authorities in Opposition to Plaintiffs' Counsel's Motion To Withdraw As Counsel Of Record For Mark Spradley.



A proposed Order is attached.

Dated: July 17, 2007

Respectfully submitted,

By: _____
Mark M. Spradley
Pro Se
2 Wisconsin Circle #700
Chevy Chase, MD 20815
(301) 346-5590

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, a true and correct copy of the Plaintiff Mark Spradley Opposition To Plaintiffs' Counsel's Motion To Withdraw As Counsel Of Record For Mark Spradley was mailed all of the lawyers in the case representing the Plaintiffs and Defendant as listed below.

Copy Mailed To:

Stephen A. Whinston
Stephen M. Pavsner
Keino R. Robinson
Selim Ablo
Jonathan Stanwood
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Steven M. Pavsner
Brian J. Markovitz
Joseph, Greenwald & Laake, PA
6404 Ivy Lane, Suite 400
Greenbelt, MD 20779

Bruce E. Gerstein
Brett Cebulash
Archana Tomoshunas
Andrew Aubertine (contract)
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036

Thomas S. Williamson, Jr.
Eric H. Holder, Jr.
Jeffrey G. Huvelle
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

By: _____
Mark M. Spradley
Pro Se
2 Wisconsin Circle #700
Chevy Chase, MD 20815
(301) 346-5590

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, FREDDIE MOULTRIE, MONICA SMITH, MARK SPRADLEY, PAUL WATKINS, and SEAN WINTZ,<br><br>Plaintiffs<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>Defendant. | Civil No. 07-CV-00853-RMU |

## PLAINTIFF MARK SPRADLEY MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF FOR MARK SPRADLEY

Plaintiff Mark M. Spradley, hereby responds in opposition to Plaintiffs' counsel's motion to withdraw as counsel of record for Mark M. Spradley.

Plaintiff Mark Spradley has not consented to Plaintiffs' counsel's withdrawal and Plaintiff Mark Spradley is not represented by other counsel. Plaintiffs' counsel should not be permitted to withdraw as counsel for Plaintiff Mark Spradley because such withdrawal would unduly delay trial of the case, would be unfairly prejudicial to Plaintiff Mark Spradley, and would not be in the interest of justice.

Accordingly, the Court should not grant Plaintiffs' counsel's request for leave to withdraw as counsel of record for Mr. Spradley.

RECEIVED
JUL 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## BACKGROUND

Plaintiff Mr. Spradley retained Berger & Montague, PC ("Plaintiffs' counsel") to represent him in connection with claims of racial discrimination based on his employment by Defendant UBS Financial Services, Inc.

During the course of the years 2005, 2006 and 2007, Plaintiff Mark Spradley corresponded with Plaintiffs' counsel verbally and in writing, and provided Plaintiffs' counsel with information and documents. Many of these contacts were in connection with *Freddie Cook, et al. v. UBS Financial Services, Inc.*, a matter pending in the United States District Court for the District of Maryland. However, most, if not all, of the information that Mr. Spradley provided to counsel or that counsel has prepared based on this information also directly pertain to this case.

On May 23, 2007, just 15 days after filing the complaint on behalf of Plaintiff Mark Spradley and others in this matter, Plaintiffs' counsel wrote to Mr. Spradley stating their intention to withdraw from representation of Mr. Spradley.

Mr. Spradley did not consent to the withdrawal. Mr. Spradley was not provided an opportunity to object to the withdrawal. Mr. Spradley was not provided an opportunity to discuss or otherwise workout any dispute that may have arisen with respect to the representation. In short, Mr. Spradley was completely surprised by the actions of Plaintiffs' counsel.

After investing a significant amount of time and energy with Plaintiffs' counsel leading up to filing the instant case, Plaintiff Mark Spradley is now at a distinct disadvantage attempting to engage other counsel to adequately represent him in this matter, particularly at this stage of the proceeding, or attempting to represent himself throughout the proceeding on a pro se basis.

## ARGUMENT

The local rules of the court provide that ". . . if a party's written consent is not obtained, or if the party is not represented by another attorney, an attorney may withdraw an appearance for a party only by order of the court . . ." (LCvR 83.6(c)) The rules further provide that "[t]he court may deny an attorney's motion for leave to withdraw if the withdrawal would unduly delay trial of the case, be unfairly prejudicial to any party, or otherwise not be in the interest of justice." (LCvR 83.6(d))

Mr. Spradley did not provide written consent to Plaintiffs' counsel's withdrawal. Mr. Spradley was not provided an opportunity to workout any disputes or disagreements regarding the representation by Plaintiffs' counsel. Mr. Spradley was not provided an opportunity to object prior to Plaintiffs counsel's notice of their intent to withdraw. Mr. Spradley is not represented by other counsel despite good faith attempts to retain other counsel.

Plaintiffs' counsel's withdrawal would adversely affect Plaintiff Mark Spradley's right to effective representation by counsel. Plaintiffs' counsel's withdrawal would unduly delay trial because it would take a significant amount of time for another counsel to become familiar with the facts of this case and related proceedings against the Defendant. Plaintiffs' counsel's withdrawal would be unfairly prejudicial to Plaintiff Mark Spradley because he would lose the benefit of representation by the counsel that has prepared the case and drafted the complaint and that has the benefit of experience litigating similar and related claims against the Defendant. Plaintiffs' counsel's withdrawal would not be in the interest of justice because Plaintiff Mark Spradley is not in a position to continue representing himself as a pro se litigant.

## CONCLUSION

For the foregoing reasons, Mark Spradley respectfully requests that the Court deny

Plaintiffs' counsel's motion to withdraw as counsel of record for Mark Spradley.

Dated: July 17, 2007

Respectfully submitted,

By: _____
Mark M. Spradley
Pro Se
2 Wisconsin Circle #700
Chevy Chase, MD 20815
(301) 346-5590

4

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, a true and correct copy of Plaintiff Mark Spradley Memorandum Of Points And Authorities In Opposition To Plaintiffs' Counsel's Motion To Withdraw As Counsel Of Record For Mark Spradley was mailed all of the lawyers in the case representing the Plaintiffs and Defendant as listed below.

Copy Mailed To:

Stephen A. Whinston
Stephen M. Pavsner
Keino R. Robinson
Selim Ablo
Jonathan Stanwood
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Steven M. Pavsner
Brian J. Markovitz
Joseph, Greenwald & Laake, PA
6404 Ivy Lane, Suite 400
Greenbelt, MD 20779

Bruce E. Gerstein
Brett Cebulash
Archana Tomoshunas
Andrew Aubertine (contract)
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036

Thomas S. Williamson, Jr.
Eric H. Holder, Jr.
Jeffrey G. Huvelle
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004

By: _____
Mark M. Spradley
Pro Se
2 Wisconsin Circle #700
Chevy Chase, MD 20815
(301) 346-5590

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BARHAM, JOHN CRAWFORD, FREDDIE MOULTRIE, MONICA SMITH, MARK SPRADLEY, PAUL WATKINS, and SEAN WINTZ,<br><br>Plaintiffs<br><br>v.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>Defendant. | Civil No. 07-CV-00853-RMU |

## ORDER

Upon consideration of Plaintiffs' Counsel's Motion To Withdraw As Counsel Of Record For Mark Spradley and the materials submitted in support and opposition thereto, it is hereby ORDERED that:

Plaintiffs' counsel's motion is DENIED.

SO ORDERED.

Ricardo M. Urbina
United States District Judge

Date: _____