## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL BARHAM *et al*., | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.: 07-0853 (RMU) |
| | : | |
| v. | : | Document No.: 5 |
| | : | |
| UBS FINANCIAL SERVICES, | : | |
| | : | |
| Defendant. | : | |

### ORDER

### GRANTING THE DEFENDANT'S MOTION TO TRANSFER THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 2nd day of August 2007, it is hereby

**ORDERED** that the defendant's motion to transfer is **GRANTED**; and it is

**FURTHER ORDERED** that the case be transferred to the United States District Court for the District of Maryland.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge